UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA



FILED
AUG 17 2016
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Richard Winning                           3405027

(Enter above the full name of the plaintiff   (Inmate Reg. # of each Plaintiff)
or plaintiffs in this action).

**VERSUS**                                CIVIL ACTION NO. 2:16-CV-7843
                                          (Number to be assigned by Court)

Trena Hopkins, Nicholas Leftwich
Loretta James
Lt. Jeremy Mitchell
Donny Plumley, Casey McCann team coordinator

(Enter above the full name of the defendant
or defendants in this action)

## COMPLAINT

I.  **Previous Lawsuits**

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

       Yes _____   No ✓

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.  Parties to this previous lawsuit:

    Plaintiffs: Richard Winning

    Defendants: Trena Hopkins, Nicholas, Laretta James, Jeremy Mitchell Donny Plumley, Casey McCann Team Coordinator

2.  Court (if federal court, name the district; if state court, name the county);

    Charleston W.V 25309

3.  Docket Number: _____

4.  Name of judge to whom case was assigned: _____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6.  Approximate date of filing lawsuit: _____

7.  Approximate date of disposition: _____

2

II. Place of Present Confinement: South Centre Reg Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓    No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ____    No ✓

    C. If you answer is YES:

        1. What steps did you take? _____

        2. What was the result? _____

    D. If your answer is NO, explain why not: I was living on the streets at time. Was not lock up.

III. Parties

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Richard Winning 3405027
       Address: 1001 Centre Way, Charleston, WV 25309

    B. Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Donny Plumley

is employed as: Probation Officer

at Region V Sex Offender Intensive Supervision Unit Division of Probation Services in Charleston WV.

D. Additional defendants: Trena Hopkins, Nicholas Leftwich, Loretta James, Jeremy Mitchell, Casey McCann, Team Coordinator

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Richard Winning 3405027 Am Filing This Lawsuit on Region V Sex Offender Intensive Supervison Unit. My probation officer name is Donny Plumley phone # 304-687-2742 he is out of Charleston WV. Division of Probation Services is Michael B. Lacy. Director Coren Bills Deputy Derector. I Feel That Every Time I Am out my probation officer and his helpers Their Names Are Donny Plumley, Jeremy Mitchell, Loretta James nicholas Leftwich, and Trena Topkins are

4

Continued from IV.

I feel he is out to get me and try to keep me or put me in jail and or prison for life. do to my case. I got out of prison June 14, 2015 ended up getting in trouble for getting kick out of Cross Road in Charleston, WV. Witch He told me I could go live with a ex girlfriend. She was a girl I was seeing her name was Mary Woods. Plus I was seeing Steve Messer witch am still seeing and ~~marry~~ married him. At the time He also violated me for a web sit that I didnt do and I got put back in jail July 30, ~~2015 And I got put Back in jail~~ 2015 had to do a year but out Jan 29, 2016. Ended up getting kick out of Cross Road for going to Hospital and staying a few days there. On Feb 27, 2016 I tryed to kill my self so they put me Back in the Hospital in Blue Fled W.V. In Belkey WV ended up finding out I had a warrant for my arrest in Chareston, WV and a Failure to Register, went to court for it they Drop it to a mistermiur. had to pay $150 to get out came to find out Donny Plumley violated me for talking to my mother. And leaving Shelter Witch I was in Hospital. I did talk to my mom But the Judge said I could.

End.

## IV. Statement of Claim (continued):

Allways Harrassing me and Violating me for little small things like Talking to my owe mother. Witch I know is A felony. But he Violated me for talking to her and in the court of law its not A law or crime to talk to Immediety Family. he also violated me for Being At The Hospital witheh I was At C.A.M.C. Hospital in Charleston WV. I was there for seizures witch I do have and plumley said I do not have them. that All I wanted was medical Att. And not to stay to Cross Roods. he also Violated me for not having a place to stay witch I Got kick out of for Going to Hospital.

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To have A new officer on me and may Be Get to Stay with Steve Messer or move to Ohio ur A other County. put A other officer on me. And have them pay me $5000 for wrongfully Jail Time and or let me out And Drop Charge. And don't worry About money. cause I feel if he or his helper Remines on me I'll keep on Getting Harrasse And put in Jail thank you.

V. **Relief (continued)):**

_____
_____
_____
_____
_____

VII. **Counsel**

    A.   If someone other than a lawyer is assisting you in preparing this case, state the person's name:

        _No need one. Thank you_

    B.   Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes ✓      No ____

If so, state the name(s) and address(es) of each lawyer contacted:

_____
_____

If not, state your reasons: _dont no any and plus I am lock up at the point can you all find me someone._

    C.   Have you previously had a lawyer representing you in a civil action in this court?

        Yes ____      No ✓

If so, state the lawyer's name and address:

_____

_____

Signed this __11__ day of __Aug__, 20__16__.

Richard Winning 3405024
South Centre Reg Jail
Charleston, WV 25309

_Richard W_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __Aug 11, 2016__.
           (Date)

_Richard W_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7